**Exhibit A**

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF RAMSEY                      SECOND JUDICIAL DISTRICT

---

Gary and Patricia Peterson,

          Plaintiffs,

v.

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

          Defendant.

| **SUMMONS** |
| --- |
| Court File No. _____ |

---

**THIS SUMMONS IS DIRECTED TO THE ABOVE-NAMED DEFENDANT(S)**

1.   **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The

    Plaintiff's Complaint against you is attached to this summons. Do not throw these

    papers away. They are official papers that affect your rights. You must respond to

    this lawsuit even though it may not yet be filed with the Court and there may be no

    court file number on this summons.

2.   **YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS.**

    You must give or mail to the person who signed this summons a written response

    called an Answer within 21 days of the date on which you received this Summons.

    You must send a copy of your Answer to the person who signed this summons

    located at:

      WALKER & WALKER LAW OFFICES, PLLC
      ATTN: Kimberly Zillig
      4356 Nicollet Avenue South
      Minneapolis, MN 55409

3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written
response to the Plaintiff's Complaint. In your Answer you must state whether you
agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff
should not be given everything asked for in the Complaint, you must say so in your
Answer.

4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN
RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS
SUMMONS.** If you do not Answer within 21 days, you will lose this case. You
will not get to tell your side of the story, and the Court may decide against you and
award the Plaintiff everything asked for in the complaint. If you do not want to
contest the claims stated in the complaint, you do not need to respond. A default
judgment can then be entered against you for the relief requested in the complaint.

5.    **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do
not have a lawyer, the Court Administrator may have information about places
where you can get legal assistance. Even if you cannot get legal help, you must still
provide a written Answer to protect your rights or you may lose the case.

6.    **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be
ordered to participate in an alternative dispute resolution process under Rule 114 of
the Minnesota General Rules of Practice. You must still send your written response
to the Complaint even if you expect to use alternative means of resolving this
dispute.

Date: <u>July 14, 2021</u>                              <u>/s/ Kimberly Zillig</u>
                                                      Andrew C. Walker #392525
                                                      Kimberly Zillig #278129
                                                      Walker & Walker Law Offices, PLLC
                                                      4356 Nicollet Avenue South
                                                      Minneapolis, MN 55409
                                                      (612) 824-4357
                                                      ***Attorneys for Plaintiffs***

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

Gary and Patricia Peterson,

        Plaintiffs,

v.

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

        Defendant.

**COMPLAINT**

Court File No. _____

1. Plaintiffs Gary and Patricia Peterson ("Consumers") initiate this action based on the violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.*, by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Debt Collector").

### VENUE, PARTIES, AND JURY TRIAL

2. Venue is proper because Debt Collector's registered Minnesota address is located in Ramsey County.

3. Consumers are both natural persons residing in Scott County and are each a "consumer" as the term is defined in 15 U.S.C. § 1692a(3).

4. Debt Collector is a Delaware limited liability company with a registered address of 2345 Rice Street. Suite 203, Roseville, MN 55113. Debt Collector's principal business and purpose is the collection of debts, making it a "debt collector" as the term is defined in 15 U.S.C. § 1692a(6).

5. Consumers demand a trial by jury to the extent available under US Const. Amend. 7; Minn. R. Civ. P. 38.01.

1

## CONSUMERS' BANKRUPTCY, HOMESTEAD, AND MORTGAGE

6. Consumers filed for Chapter 13 bankruptcy debt reorganization on August 22, 2017. *See Minn. Bankr. Court File No. 17-32699.*

7. Consumers own homesteaded real property located at 1935 Eastway Ave., Shakopee, MN 55379-3912, and legally described as "Lot 11, Block 3, Prairie Bend 2nd Addition, according to the plat thereof on file or of record in the office of the County Recorder, Scott County, Minnesota."

8. As of the filing of Consumers' bankruptcy petition, the fair market value of their homestead was $247,300.00.

9. Consumers' homestead is secured by one mortgage.

10. Nationstar Mortgage, LLC d/b/a Mr. Cooper, Plaintiffs' prior servicer on their mortgage, transferred servicing rights to NewRez LLC d/b/a Shellpoint Mortgage Servicing on January 31, 2019. *See* **EXHIBIT A.**

11. Plaintiffs were in default of their mortgage agreement at least by January 31, 2019. *See* **EXHIBIT B.**

12. In response to a Qualified Written Request from Plaintiffs, NewRez LLC d/b/a Shellpoint Mortgage Servicing printed a Loan History Summary (**EXHIBIT B**) on July 14, 2020 and sent the Loan History Summary (**EXHIBIT B**) to Plaintiffs within the last 364 days. Plaintiffs thereby received the Loan History Summary (**EXHIBIT B**) within the last 364 days.

13. Failure to pay fees and remain contractually current is a default in the mortgage agreement. Because NewRez LLC d/b/a Shellpoint Mortgage Servicing gained servicing rights while the Consumers were in default, see **EXHIBIT A**. NewRez

LLC d/b/a Shellpoint Mortgage Servicing is a debt collector for the purposes of the Fair Debt Collection Practices Act.

## DEBT COLLECTOR ADDED FEES

14. Consumers' Loan History Summary, generated on July 14, 2020, shows numerous fees added *See* **EXHIBIT B**.

15. The fees added included charges for "Attorney Cost Disb,""Mot for Relief," "Property Inspection Dist,""Bk Costs Disb," for example. *See* **EXHIBIT B.** Some of these charges (circled in **EXHIBIT B**) were not disclosed or noted in the two Notices of Post-Petition Mortgage Fees, dated June, 2018, and May, 2020. *See* **EXHIBITs C and D.**

16. One fee in **EXHIBIT B** that was charged to Consumers and shown in **EXHIBIT B** was for "Motion for Relief Disb" and listed an amount of $1,050.00. However, the amount disclosed in **EXHIBIT D** was $850 for "Attorney Fees" for "Motion for Relief" and $181 for "Filing fees and courts costs," which do not total $1.050, that was charged to the Consumers.

17. Bankruptcy Rule 3002.1(c) requires creditors to file claims for fees against bankruptcy petitioners within 180 days of incurring them. This bankruptcy closed on September 14, 2020 and Debt Collector did not give notice of some of the fees charged, and had an inaccurate amount for one charge (and over-charged the Consumers).

## COUNT I: MISREPRESENTATION OF CHARACTER, AMOUNT, AND LEGAL STATUS OF DEBT

18. Consumers incorporate all other allegations as if set forth herein in full.

3

19. The FDCPA prohibits collectors from misrepresenting a debt's "character, amount, or legal status:"

> "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . . The false representation of . . . the character, amount, or legal status of any debt . . . ." 15 U.S.C. § 1692e(2) (A).

20. Debt Collector charged Consumers for attorney's fees and other fees after the end of the period of time in which such fees would have been permitted.

21. Debt Collector violated § 1692e(2)(A) by attempting to charge Consumers fees not permitted by statute or the Bankruptcy Rules.

22. Debt Collector's misrepresentation materially misled Consumers as to their rights under the bankruptcy law and their obligations to their creditors.

## COUNT II: TAKING ILLEGAL ACTION

23. Consumers incorporate all other allegations as if set forth herein in full.

24. The FDCPA prohibits collectors from threatening illegal action:

> "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .(5) The threat to take any action that cannot legally be taken or that is not intended to be taken." 15 U.S.C. § 1692e(5).

25. Debt Collector violated § 1692e(5) by charging Consumers for attorney's fees and costs that it could not legally charge them.

## COUNT III: FALSELY REPRESENTING LEGAL APPROVAL

26. Consumers incorporate all other allegations as if set forth herein in full.

27. The FDCPA prohibits collectors from falsely representing in writing its government or court authority or approval:

> "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . . The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval." 15 U.S.C. § 1692e(9).

28. Debt Collector violated § 1692e(9) by falsely representing in its monthly mortgage statement that it was demanding fees authorized and approved by statute, the bankruptcy court, and the Bankruptcy Rules.

29. This violation has caused Consumers to suffer emotional distress, including frustration, confusion, and helplessness.

30. Consumers have been forced to hire additional legal counsel to address Debt Collector's failure to comply with the FDCPA.

31. The FDCPA provides the following remedies for its breach:

> "[A]ny debt collector who fails to comply with any provision of this title with respect to any person is liable to such person in an amount equal to the sum of — (1) any actual damage sustained by such person as a result of such failure; (2) . . . such additional damages as the court may allow, but not exceeding $1,000 . . . [and (3)] the costs of the action, together with a reasonable attorney's fee as determined by the court." 15 U.S.C. § 1692k(a).

32. Consumers are entitled to actual damages in an amount to be determined at trial, statutory damages of $1,000.00, the costs of this action, and reasonable attorney's fees from Debt Collector in an amount to be determined by the court under 15 U.S.C. § 1692k.

**RELIEF REQUESTED**

Consumers request an Order for the following relief:

1.   Judgment in favor of Gary and Patricia Peterson and against NewRez LLC d/b/a

Shellpoint Mortgage Servicing for $1,000 in statutory damages, the costs of this

action, and a reasonable attorney's fee under 15 U.S.C. § 1692k.

2.   All other relief the Court deems just and equitable.

Date: July 14, 2021                        /s/ Kimberly Zillig
                                           Andrew C. Walker #392525
                                           Kimberly Zillig #278129
                                           Walker & Walker Law Offices, PLLC
                                           4356 Nicollet Avenue South
                                           Minneapolis, MN 55409
                                           (612) 824-4357
                                           *Attorneys for Consumers*


Acknowledgment

The plaintiffs, by their attorney, acknowledge that sanctions may be imposed under

Minn. Stat. § 549.211.

Date: July 14, 2021                        /s/ Kimberly Zillig
                                           Kimberly Zillig #278129

6

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District Of MINNESOTA

In re: GARY RAY PETERSON                                    Case No. 17-32699
       PATRICIA ANN PETERSON

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 6170

Court Claim # (if known): 5-1
Amount of Claim: $152,709.00
Date Claim Filed: 10/03/2017

Name and Address where transferee payments
should be sent (if different from above):
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 6170

Phone: 877-343-5602
Last Four Digits of Acct. #: 6137

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sumit Bode
    AIS Portfolio Services, LP as agent                    Date 01/31/2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT B

Loanhist.rpt
07/14/2020 9:37:32AM

# NewRez LLC DBA Shellpoint Mortgage Serv
## Loan History Summary

Page #1

**Loan ID**          **Borrower Name**
                    **GARY R PETERSON**

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Balance | Unappl Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/14/20 | 04/01/20 | Regular Payment | 0 | 0 | 1,702.54 | 752.59 | 129,075.46 | 527.43 | 422.52 | (2,167.09) | | 0.00 | $1,082.50 | ACH |
| 07/14/20 | 04/01/20 | Unapplied Payment | 0 | 0 | (422.52) | | 129,828.05 | | | (2,589.61) | | 0.00 | $1,082.50 | ACH |
| 07/09/20 | 04/01/20 | Bk Costs Disb | 0 | 0 | (3.70) | | 129,828.05 | | | (2,589.61) | | 0.00 | $1,505.02 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 413366 | | | | | | | | | | | | |
| | | Invoice Number: 272628216 | | | | | | | | | | | | |
| 07/06/20 | 04/01/20 | Insurance Cost Disb | 0 | 0 | (0.10) | | 129,828.05 | | | (2,589.61) | | 0.00 | $1,505.02 | ACH |
| 07/02/20 | | Payee: Proctor Financial  Batch ID: 409650 | | | | | | | | | | | | |
| | | Invoice Number: 5387-IN | | | | | | | | | | | | |
| 07/03/20 | 04/01/20 | Unapplied Payment | 0 | 0 | 752.51 | | 129,828.05 | | | (2,589.61) | | 0.00 | $1,505.02 | Lockbox |
| 07/02/20 | 04/01/20 | Insurance Cost Disb | 0 | 0 | (0.10) | | 129,828.05 | | | (2,589.61) | | 0.00 | $752.51 | ACH |
| | | Payee: Proctor Financial  Batch ID: 408949 | | | | | | | | | | | | |
| | | Invoice Number: 5324-IN | | | | | | | | | | | | |
| 07/01/20 | 04/01/20 | Insurance Cost Disb | 0 | 0 | (0.10) | | 129,828.05 | | | (2,589.61) | | 0.00 | $752.51 | ACH |
| | | Payee: Proctor Financial  Batch ID: 408500 | | | | | | | | | | | | |
| | | Invoice Number: 5323-IN | | | | | | | | | | | | |
| 06/15/20 | 03/01/20 | Regular Payment | 0 | 0 | 1,702.54 | 749.55 | 129,828.05 | 530.47 | 422.52 | (2,589.61) | | 0.00 | $752.51 | ACH |
| 06/15/20 | 03/01/20 | Unapplied Payment | 0 | 0 | (422.52) | | 130,577.60 | | | (3,012.13) | | 0.00 | $752.51 | ACH |
| 06/09/20 | 03/01/20 | Bk Costs Disb | 0 | 0 | (3.70) | | 130,577.60 | | | (3,012.13) | | 0.00 | $1,175.03 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 390154 | | | | | | | | | | | | |
| | | Invoice Number: 270060219 | | | | | | | | | | | | |
| 06/04/20 | 12/01/19 | Unapplied Payment | 7 | 0 | 422.52 | | 130,577.60 | | | (3,012.13) | | 0.00 | $1,175.03 | ACH |
| 06/04/20 | 01/01/20 | Escrow Only Payment | 7 | 0 | (422.52) | | 130,577.60 | | (422.52) | (3,012.13) | | 0.00 | $752.51 | ACH |
| 06/02/20 | 03/01/20 | Unapplied Payment | 0 | 0 | 752.51 | | 130,577.60 | | | (2,589.61) | | 0.00 | $752.51 | Lockbox |
| 05/14/20 | 03/01/20 | Property Inspection Disb | 0 | 0 | (15.00) | | 130,577.60 | | | (2,589.61) | | 0.00 | $0.00 | Check |
| | | Check # 971406   Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 366988 | | | | | | | | | | | | |
| | | Invoice Number: T0019138084 | | | | | | | | | | | | |
| 05/11/20 | 02/01/20 | Regular Payment with A | 0 | 0 | 1,280.02 | 746.52 | 130,577.60 | 533.50 | | (2,589.61) | | 0.00 | $0.00 | ACH |

Loanhist.rpt
07/14/2020 9:37:32AM

# NewRez LLC DBA Shellpoint Mortgage Serv
## Loan History Summary

Page #2

| Loan ID | **Borrower Name** |
|---|---|
| | **GARY R PETERSON** |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/20 | 02/01/20 | Bk Costs Disb | 0 | 0 | (100.00) | | 131,324.12 | | | (2,589.61) | | 0.00 | $0.00 | Check |
| | | Check # 952850    Payee:  PADGETT LAW GROUP  Batch ID  356903 | | | | | | | | | | | | |
| | | Invoice Number: 1999326 | | | | | | | | | | | | |
| 05/03/20 05/02/20 | 01/01/20 | Regular Payment with A | 0 | 0 | 1,463.42 | 743.50 | 131,324.12 | 536.52 | 183.40 | (2,589.61) | | 0.00 | $0.00 | Lockbox |
| 05/03/20 05/02/20 | 01/01/20 | Unapplied Payment | 0 | 0 | (710.91) | | 132,067.62 | | | (2,773.01) | | 0.00 | $0.00 | Lockbox |
| 04/28/20 | 05/15/20 | County Tax Bill 1 | | | (1,928.00) | | 132,067.62 | | (1,928.00) | (2,773.01) | | 0.00 | $710.91 | None |
| | | Payee:  SCOTT COUNTY  Batch ID: 347799 | | | | | | | | | | | | |
| 04/22/20 | 01/01/20 | Bk Costs Disb | 0 | 0 | (3.71) | | 132,067.62 | | | (845.01) | | 0.00 | $710.91 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 348244 | | | | | | | | | | | | |
| | | Invoice Number: 265119369 | | | | | | | | | | | | |
| 04/17/20 | 01/01/20 | Motion For Relief Disb | 0 | 0 | (1,050.00) | | 132,067.62 | | | (845.01) | | 0.00 | $710.91 | Check |
| | | Check # 908860    Payee:  HILL WALLACK LLP  Batch ID: 343688 | | | | | | | | | | | | |
| | | Invoice Number: 544877 | | | | | | | | | | | | |
| 04/17/20 | 01/01/20 | Motion For Relief Disb | 0 | 0 | (181.00) | | 132,067.62 | | | (845.01) | | 0.00 | $710.91 | Check |
| | | Check # 908860    Payee:  HILL WALLACK LLP  Batch ID: 343688 | | | | | | | | | | | | |
| | | Invoice Number: 544877 | | | | | | | | | | | | |
| 04/15/20 | 01/01/20 | Property Inspection Dist | 0 | 0 | (15.00) | | 132,067.62 | | | (845.01) | | 0.00 | $710.91 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 341193 | | | | | | | | | | | | |
| | | Invoice Number: 9092724 | | | | | | | | | | | | |
| 04/14/20 | 01/01/20 | Escrow Only Payment | 0 | 7 | 422.52 | | 132,067.62 | | 422.52 | (845.01) | | 0.00 | $710.91 | ACH |
| 04/14/20 | 12/01/19 | Regular Payment | 0 | 0 | 1,280.02 | 740.49 | 132,067.62 | 539.53 | | (1,267.53) | | 0.00 | $710.91 | ACH |
| 04/14/20 | 12/01/19 | Unapplied Payment | 0 | 7 | (422.52) | | 132,808.11 | | | (1,267.53) | | 0.00 | $710.91 | ACH |
| 04/13/20 | 11/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 737.49 | 132,808.11 | 542.53 | 422.52 | (1,267.53) | | 0.00 | $1,133.43 | Unappled |
| 04/13/20 | 11/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 133,545.60 | | | (1,690.05) | | 0.00 | $1,133.43 | Unapplied |
| 04/13/20 | 10/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 734.51 | 133,545.60 | 545.51 | 422.52 | (1,690.05) | | 0.00 | $2,835.97 | Unappled |
| 04/13/20 | 10/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 134,280.11 | | | (2,112.57) | | 0.00 | $2,835.97 | Unapplied |

Loanhist.rpt
07/14/2020 9:37:32AM

**NewRez LLC DBA Shellpoint Mortgage Serv**
**Loan History Summary**

Page #3

**Loan ID**    **Borrower Name**
              GARY R PETERSON

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/20 | 09/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 731.54 | 134,280.11 | 548.48 | 422.52 | (2,112.57) | | 0.00 | $4,538.51 | Unapplied |
| 04/12/20 | 09/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 135,011.65 | | | (2,535.09) | | 0.00 | $4,538.51 | Unapplied |
| 04/12/20 | 08/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 728.58 | 135,011.65 | 551.44 | 422.52 | (2,535.09) | | 0.00 | $6,241.05 | Unapplied |
| 04/12/20 | 08/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 135,740.23 | | | (2,957.61) | | 0.00 | $6,241.05 | Unapplied |
| 04/12/20 | 07/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 725.63 | 135,740.23 | 554.39 | 422.52 | (2,957.61) | | 0.00 | $7,943.59 | Unapplied |
| 04/12/20 | 07/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 136,465.86 | | | (3,380.13) | | 0.00 | $7,943.59 | Unapplied |
| 04/12/20 | 06/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 722.69 | 136,465.86 | 557.33 | 422.52 | (3,380.13) | | 0.00 | $9,646.13 | Unapplied |
| 04/12/20 | 06/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 137,188.55 | | | (3,802.65) | | 0.00 | $9,646.13 | Unapplied |
| 04/10/20 | 05/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 719.77 | 137,188.55 | 560.25 | 422.52 | (3,802.65) | | 0.00 | $11,348.67 | Unapplied |
| 04/10/20 | 05/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 137,908.32 | | | (4,225.17) | | 0.00 | $11,348.67 | Unapplied |
| 04/09/20 | 04/01/19 | Regular Payment with A | 0 | 0 | 1,702.54 | 716.86 | 137,908.32 | 563.16 | 422.52 | (4,225.17) | | 0.00 | $13,051.21 | Unapplied |
| 04/09/20 | 04/01/19 | Unapplied Payment | 0 | 0 | (1,702.54) | | 138,625.18 | | | (4,647.69) | | 0.00 | $13,051.21 | Unapplied |
| 04/09/20 | 04/01/19 | Unapplied Payment | 0 | 0 | 14,410.21 | | 138,625.18 | | | (4,647.69) | | 0.00 | $14,753.75 | Lockbox |
| 04/09/20 | 04/01/19 | Escrow Only Payment | 0 | 0 | 422.52 | | 138,625.18 | | 422.52 | (4,647.69) | | 0.00 | $343.54 | Lockbox |
| 04/09/20 | 03/01/19 | Regular Payment | 0 | 0 | 1,280.02 | 713.95 | 138,625.18 | 566.07 | | (5,070.21) | | 0.00 | $343.54 | Lockbox |
| 03/20/20 | 03/01/19 | Insurance Cost Disb | 0 | 0 | (0.10) | | 139,339.13 | | | (5,070.21) | | 0.00 | $343.54 | ACH |
| | | Payee: Proctor Financial  Batch ID: 322701 | | | | | | | | | | | | |
| | | Invoice Number: 5105-IN | | | | | | | | | | | | |
| 03/18/20 | 03/01/19 | Insurance Cost Disb | 0 | 0 | (0.10) | | 139,339.13 | | | (5,070.21) | | 0.00 | $343.54 | ACH |
| | | Payee: Proctor Financial  Batch ID: 321368 | | | | | | | | | | | | |
| | | Invoice Number: 5098-IN | | | | | | | | | | | | |
| 03/17/20 | 03/01/19 | Insurance Cost Disb | 0 | 0 | (0.10) | | 139,339.13 | | | (5,070.21) | | 0.00 | $343.54 | ACH |
| | | Payee: Proctor Financial  Batch ID: 320199 | | | | | | | | | | | | |
| | | Invoice Number: 4964-IN | | | | | | | | | | | | |
| 03/10/20 | 03/01/19 | Miscellaneous Disb | 0 | 0 | (0.70) | | 139,339.13 | | | (5,070.21) | | 0.00 | $343.54 | ACH |
| | | Payee: AMC DILIGENCE, LLC  Batch ID: 314193 | | | | | | | | | | | | |
| | | Invoice Number: 105202 | | | | | | | | | | | | |
| 03/06/20 | 02/01/19 | Regular Payment | 0 | 0 | 1,280.02 | 711.07 | 139,339.13 | 568.95 | | (5,070.21) | | 0.00 | $343.54 | Unapplied |
| 03/06/20 | 02/01/19 | Unapplied Payment | 0 | 0 | (1,280.02) | | 140,050.20 | | | (5,070.21) | | 0.00 | $343.54 | Unapplied |
| 03/06/20 | 02/01/19 | Unapplied Payment | 0 | 0 | 422.52 | | 140,050.20 | | | (5,070.21) | | 0.00 | $1,623.56 | ACH |

LoanhIst.rpt
07/14/2020  9:37:32AM

# NewRez LLC DBA Shellpoint Mortgage Serv
## Loan History Summary

Page #4

**Loan ID**     **Borrower Name**
                GARY R PETERSON

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/20 | 01/01/19 | Regular Payment | 0 | 0 | 1,280.02 | 708.19 | 140,050.20 | 571.83 | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 03/06/20 | 01/01/19 | Property Inspection Disl | 0 | 0 | (15.00) | | 140,758.39 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 312294 | | | | | | | | | | | | |
| | | Invoice Number: 9001879 | | | | | | | | | | | | |
| 02/13/20 | 01/01/19 | Property Inspection Disl | 0 | 0 | (15.00) | | 140,758.39 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 297483 | | | | | | | | | | | | |
| | | Invoice Number: 8931773 | | | | | | | | | | | | |
| 01/31/20 | 12/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 705.32 | 140,758.39 | 574.70 | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 01/07/20 | 12/01/18 | BK Costs Disb | 0 | 0 | (3.71) | | 141,463.71 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 273791 | | | | | | | | | | | | |
| | | Invoice Number: 261343619 | | | | | | | | | | | | |
| 12/31/19 | 11/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 702.47 | 141,463.71 | 577.55 | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 12/19/19 | 11/01/18 | BK Costs Disb | 0 | 0 | (100.00) | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | Check |
| | | Check # 671837     Payee: PADGETT LAW GROUP  Batch ID: 264973 | | | | | | | | | | | | |
| | | Invoice Number: 1956601 | | | | | | | | | | | | |
| 12/17/19 | 11/01/18 | Property Inspection Disl | 0 | 0 | (15.00) | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 263138 | | | | | | | | | | | | |
| | | Invoice Number: 8794484 | | | | | | | | | | | | |
| 11/21/19 11/20/19 | 11/01/18 | Skip Trace Disb | 0 | 0 | (0.08) | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: ONECLICK-DATA  Batch ID: 248863 | | | | | | | | | | | | |
| | | Invoice Number: INV-13028 | | | | | | | | | | | | |
| 11/13/19 | 11/01/18 | Tax Search Report Disb | 0 | 0 | (20.00) | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: CoreLogic Tax Services LLC  Batch ID: 245051 | | | | | | | | | | | | |
| | | Invoice Number: 908-1192847 | | | | | | | | | | | | |
| 11/11/19 | 11/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: Proctor Financial  Batch ID: 243837 | | | | | | | | | | | | |
| | | Invoice Number: 4895-IN | | | | | | | | | | | | |
| 11/07/19 | 11/01/18 | Property Inspection Pml | 0 | 0 | (28.00) | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | Lockbox |
| 11/07/19 | 11/01/18 | Property Inspection Pml | 0 | 0 | 28.00 | | 142,166.18 | | | (5,070.21) | | 0.00 | $1,201.04 | Lockbox |

Loanhist.rpt
07/14/2020 9:37:32AM

# NewRez LLC DBA Shellpoint Mortgage Serv
## Loan History Summary

Page #5

<u>Loan ID</u>      <u>Borrower Name</u>
**GARY R PETERSON**

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/19 | 10/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 699.63 | 142,166.18 | 580.39 | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 10/23/19 | 10/01/18 | Certified Mail Cost Disb | 0 | 0 | (11.06) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: FEDEX Batch ID: 235076 | | | | | | | | | | | | |
| | | Invoice Number: 672580998.1 | | | | | | | | | | | | |
| 10/23/19 | 10/01/18 | Certified Mail Cost Disb | 0 | 0 | (6.96) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: FEDEX Batch ID: 235076 | | | | | | | | | | | | |
| | | Invoice Number: 672181873.1 | | | | | | | | | | | | |
| 10/23/19 | 10/01/18 | Certified Mail Cost Disb | 0 | 0 | (7.08) | | 142,865.81 | | | (5,070.21) | | | $1,201.04 | ACH |
| | | Payee: FEDEX Batch ID: 235076 | | | | | | | | | | | | |
| | | Invoice Number: 671954519.1 | | | | | | | | | | | | |
| 10/22/19 | 10/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: Proctor Financial Batch ID: 234507 | | | | | | | | | | | | |
| | | Invoice Number: 4823-IN | | | | | | | | | | | | |
| 10/09/19 | 10/01/18 | Mot For Relief - OL Dist | 0 | 0 | (75.00) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | Check |
| | | Check # 580432   Payee: Shapiro & Zielke,LLP Batch ID: 227792 | | | | | | | | | | | | |
| | | Invoice Number: MN0180033 | | | | | | | | | | | | |
| 10/08/19 | 10/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: Proctor Financial Batch ID: 227261 | | | | | | | | | | | | |
| | | Invoice Number: 4690-IN | | | | | | | | | | | | |
| 09/30/19 | 10/01/18 | Certified Mail Cost Disb | 0 | 0 | (7.08) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: FEDEX Batch ID: 222480 | | | | | | | | | | | | |
| | | Invoice Number: 671954519 | | | | | | | | | | | | |
| 09/30/19 | 10/01/18 | Certified Mail Cost Disb | 0 | 0 | (11.06) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: FEDEX Batch ID: 222480 | | | | | | | | | | | | |
| | | Invoice Number: 672580998 | | | | | | | | | | | | |
| 09/30/19 | 10/01/18 | Certified Mail Cost Disb | 0 | 0 | (6.96) | | 142,865.81 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | | Payee: FEDEX Batch ID: 222480 | | | | | | | | | | | | |
| | | Invoice Number: 672181873 | | | | | | | | | | | | |

LoanhisLrpt
07/14/2020 9:37:32AM

**NewRez LLC DBA Shellpoint Mortgage Serv**
**Loan History Summary**

Page #6

**Loan ID**      **Borrower Name**
                 GARY R PETERSON

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/19 | 09/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 696.80 | 142,865.81 | 583.22 | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 09/20/19 | 09/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 143,562.61 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 09/19/19 | | Payee: Proctor Financial Batch ID: 217690 | | | | | | | | | | | | |
| | Invoice Number: 4736-IN | | | | | | | | | | | | | |
| 09/20/19 | 09/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 143,562.61 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| 09/19/19 | | Payee: Proctor Financial Batch ID: 217688 | | | | | | | | | | | | |
| | Invoice Number: 4735-IN | | | | | | | | | | | | | |
| 09/19/19 | 09/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 143,562.61 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | Payee: Proctor Financial Batch ID: 217684 | | | | | | | | | | | | | |
| | Invoice Number: 4739-IN | | | | | | | | | | | | | |
| 09/19/19 | 09/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 143,562.61 | | | (5,070.21) | | 0.00 | $1,201.04 | ACH |
| | Payee: Proctor Financial Batch ID: 217682 | | | | | | | | | | | | | |
| | Invoice Number: 4738-IN | | | | | | | | | | | | | |
| 09/13/19 | 10/15/19 | County Tax Bill 2 | 0 | 0 | (1,845.00) | | 143,562.61 | (1,845.00) | | (5,070.21) | | 0.00 | $1,201.04 | None |
| | Payee: SCOTT COUNTY Batch ID: 214845 | | | | | | | | | | | | | |
| 08/30/19 | 09/01/18 | Miscellaneous Disb | 0 | 0 | (10.10) | | 143,562.61 | | | (3,225.21) | | 0.00 | $1,201.04 | ACH |
| | Payee: AMC DILIGENCE, LLC Batch ID: 208254 | | | | | | | | | | | | | |
| | Invoice Number: 16959 16960 | | | | | | | | | | | | | |
| 08/14/19 | 09/01/18 | Insurance Cost Disb | 0 | 0 | (0.10) | | 143,562.61 | | | (3,225.21) | | 0.00 | $1,201.04 | ACH |
| | Payee: Proctor Financial Batch ID: 200756 | | | | | | | | | | | | | |
| | Invoice Number: 4613-IN | | | | | | | | | | | | | |
| 08/14/19 | 09/01/18 | Insurance Cost Disb | 0 | 0 | (0.05) | | 143,562.61 | | | (3,225.21) | | 0.00 | $1,201.04 | ACH |
| | Payee: Proctor Financial Batch ID: 200674 | | | | | | | | | | | | | |
| | Invoice Number: 4613-IN | | | | | | | | | | | | | |
| 08/14/19 | 05/15/19 | County Tax Bill 1 | 0 | 0 | (3,225.21) | | 143,562.61 | (3,225.21) | | (3,225.21) | | 0.00 | $1,201.04 | None |
| | Check # 522772   Payee: SCOTT COUNTY Batch ID: 200439 | | | | | | | | | | | | | |

Loanhisl.rpt

**NewRez LLC DBA Shellpoint Mortgage Serv**

07/14/2020  9:37:32AM

**Loan History Summary**

Page #7

Loan ID        Borrower Name
              GARY R PETERSON

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/19 | 09/01/18 | Bk Costs Disb | 0 | 0 | (5.30) | | 143,562.61 | | | | | 0.00 | $1,201.04 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 187235 | | | | | | | | | | | | |
| | | Invoice Number: 254384075 | | | | | | | | | | | | |
| 07/17/19 | 09/01/18 | FC Costs - NR Disb | 0 | 0 | (26.50) | | 143,562.61 | | | | | 0.00 | $1,201.04 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 187228 | | | | | | | | | | | | |
| | | Invoice Number: NT017771995 | | | | | | | | | | | | |
| 06/26/19 | 08/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 693.98 | 143,562.61 | 586.04 | | | | 0.00 | $1,201.04 | ACH |
| 09/28/19 | 07/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 691.17 | 144,256.59 | 588.85 | | | | 0.00 | $1,201.04 | ACH |
| 06/26/19 | 07/01/18 | Unapplied Payment | 0 | 0 | (1,280.02) | | 144,947.76 | | | | | 0.00 | $1,201.04 | ACH |
| 06/21/19 | 07/01/18 | FC Costs - NR Disb | 0 | 0 | (26.50) | | 144,947.76 | | | | | 0.00 | $2,481.06 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 175681 | | | | | | | | | | | | |
| | | Invoice Number: NT017758171 | | | | | | | | | | | | |
| 06/14/19 | 07/01/18 | Attorney Cost Disb | 0 | 0 | (250.00) | | 144,947.76 | | | | | 0.00 | $2,481.06 | Check |
| | | Check # 471363   Payee: Choice Legal Group P.A.  Batch ID: 171808 | | | | | | | | | | | | |
| | | Invoice Number: 23008912 | | | | | | | | | | | | |
| 05/30/19 | 07/01/18 | Unapplied Payment | 0 | 0 | 1,240.53 | | 144,947.76 | | | | | 0.00 | $2,481.06 | Phone Pay |
| 05/01/19 | 07/01/18 | New Tax Contract Disb | 0 | 0 | (80.00) | | 144,947.76 | | | | | 0.00 | $1,240.53 | ACH |
| | | Payee: CoreLogic Tax Services LLC  Batch ID: 153190 | | | | | | | | | | | | |
| | | Invoice Number: 901-1173276 | | | | | | | | | | | | |
| 04/29/19 | 07/01/18 | Unapplied Payment | 0 | 0 | 1,240.53 | | 144,947.76 | | | | | 0.00 | $1,240.53 | Phone Pay |
| 03/31/19 | 07/01/18 | BPO Disb | 0 | 0 | (1.40) | | 144,947.76 | | | | | 0.00 | $0.00 | ACH |
| | | Payee: Proteck Valuation Services  Batch ID: 140498 | | | | | | | | | | | | |
| | | Invoice Number: IA32815 | | | | | | | | | | | | |
| 03/26/19 | 07/01/18 | Bk Costs Disb | 0 | 0 | (75.00) | | 144,947.76 | | | | | 0.00 | $0.00 | ACH |
| | | Payee: AIS GLOBAL RESOURCES LLC  Batch ID: 138249 | | | | | | | | | | | | |
| | | Invoice Number: 3002105 | | | | | | | | | | | | |
| 02/28/19 | 06/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 688.37 | 144,947.76 | 591.65 | | | | 0.00 | $0.00 | ACH |

Loanhist.rpt
07/14/2020 9:37:32AM

# NewRez LLC DBA Shellpoint Mortgage Serv
## Loan History Summary

Page #8

**Loan ID** ▮▮▮▮▮▮▮▮

**Borrower Name**
GARY R PETERSON

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/19 | 06/01/18 | Property Inspection Dist | 0 | 0 | (15.00) | | 145,636.13 | | | | | 0.00 | $0.00 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 125220 | | | | | | | | | | | | |
| | | Invoice Number: 8190807 | | | | | | | | | | | | |
| 02/14/19 | 06/01/18 | Flood Cntr New/Xfer Dis | 0 | 0 | (6.00) | | 145,636.13 | | | | | 0.00 | $0.00 | ACH |
| | | Payee: CoreLogic  Batch ID: 122939 | | | | | | | | | | | | |
| | | Invoice Number: 604973 | | | | | | | | | | | | |
| 01/14/19 | 06/01/18 | Short Pmt Posting Pmt | 0 | 0 | (40.02) | | 145,636.13 | | | | | 0.00 | $0.00 | ACH |
| 01/14/19 | 05/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 685.59 | 145,636.13 | 594.43 | | | | 0.00 | $0.00 | ACH |
| 01/14/19 | 04/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 682.81 | 146,321.72 | 597.21 | | | | 0.00 | $0.00 | ACH |
| 01/14/19 | 04/01/18 | Unapplied Payment | 0 | 0 | (1,240.00) | | 147,004.53 | | | | | 0.00 | $0.00 | ACH |
| 01/09/19 | 04/01/18 | Property Inspection Dist | 0 | 0 | (13.00) | | 147,004.53 | | | | | 0.00 | $1,240.00 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 109977 | | | | | | | | | | | | |
| | | Invoice Number: 8105056 | | | | | | | | | | | | |
| 12/31/18 | 04/01/18 | Unapplied Payment | 0 | 0 | (1,280.02) | | 147,004.53 | | | | | 0.00 | $1,240.00 | Lockbox |
| 12/31/18 | 03/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 680.05 | 147,004.53 | 599.97 | | | | 0.00 | $2,520.02 | Lockbox |
| 12/21/18 | 03/01/11 | New Loan | 0 | 0 | 0.00 | | 147,684.58 | | | | | 0.00 | $2,520.02 | None |
| 12/14/18 | 02/01/18 | Unapplied Payment | 0 | 0 | 1,280.02 | | 147,684.58 | | | | | 0.00 | $2,520.02 | PriorServicer |
| 12/03/18 | 02/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 677.30 | 147,684.58 | 602.72 | | | | 0.00 | $1,240.00 | PriorServicer |
| 12/03/18 | 01/01/18 | Unapplied Payment | 0 | 0 | (1,280.02) | | 148,361.88 | | | | | 0.00 | $2,520.02 | PriorServicer |
| 12/03/18 | 01/01/18 | Unapplied Payment | 0 | 0 | 1,280.02 | | 148,361.88 | | | | | 0.00 | $1,240.00 | PriorServicer |
| 11/30/18 | 01/01/18 | Unapplied Payment | 0 | 0 | 1,280.02 | | 148,361.88 | | | | | 0.00 | $2,520.02 | PriorServicer |
| 10/12/18 | 01/01/18 | Unapplied Payment | 0 | 0 | 640.00 | | 148,361.88 | | | | | 0.00 | $1,240.00 | PriorServicer |
| 08/18/18 | 01/01/18 | Unapplied Payment | 0 | 0 | (1,280.02) | | 148,361.88 | | | | | 0.00 | $600.00 | PriorServicer |
| 08/18/18 | 01/01/18 | Unapplied Payment | 0 | 0 | 1,280.02 | | 148,361.88 | | | | | 0.00 | $1,880.02 | PriorServicer |
| 08/18/18 | 01/01/18 | Regular Payment | 7 | 0 | (1,280.02) | (677.30) | 148,361.88 | (602.72) | | | | 0.00 | $600.00 | PriorServicer |
| 06/15/18 | 02/01/18 | Regular Payment | 0 | 0 | 1,280.02 | 677.30 | 147,684.58 | 602.72 | | | | 0.00 | $600.00 | PriorServicer |
| 06/15/18 | 01/01/18 | Unapplied Payment | 0 | 0 | (1,280.02) | | 148,361.88 | | | | | 0.00 | $600.00 | PriorServicer |
| 06/15/18 | 01/01/18 | Unapplied Payment | 0 | 0 | 1,280.02 | | 148,361.88 | | | | | 0.00 | $1,880.02 | PriorServicer |
| 06/15/18 | 01/01/18 | Regular Payment | 0 | 7 | 1,280.02 | 674.56 | 148,361.88 | 605.46 | | | | 0.00 | $600.00 | PriorServicer |

Loanhist.rpt
07/14/2020  9:37:32AM

# NewRez LLC DBA Shellpoint Mortgage Serv
## Loan History Summary

__Loan ID__       __Borrower Name__
                  GARY R PETERSON

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/18 | 12/01/17 | Unapplied Payment | 0 | 0 | (1,280.02) | | 149,036.44 | | | | | 0.00 | $600.00 | PriorServicer |
| 06/14/18 | 12/01/17 | Unapplied Payment | 0 | 0 | 1,280.02 | | 149,036.44 | | | | | 0.00 | $1,880.02 | PriorServicer |
| 03/30/18 | 12/01/17 | Unapplied Payment | 0 | 0 | 600.00 | | 149,036.44 | | | | | 0.00 | $600.00 | PriorServicer |
| 02/20/18 | 12/01/17 | Regular Payment | 0 | 7 | 1,280.02 | 671.83 | 149,036.44 | 608.19 | | | | 0.00 | $0.00 | PriorServicer |
| 02/20/18 | 11/01/17 | Unapplied Payment | 0 | 0 | (1,280.02) | | 149,708.27 | | | | | 0.00 | $0.00 | PriorServicer |
| 02/20/18 | 11/01/17 | Unapplied Payment | 0 | 0 | 1,280.02 | | 149,708.27 | | | | | 0.00 | $1,280.02 | PriorServicer |
| 02/20/18 | 11/01/17 | Unapplied Payment | 0 | 0 | (1,280.02) | | 149,708.27 | | | | | 0.00 | $0.00 | PriorServicer |
| 02/19/18 | 11/01/17 | Unapplied Payment | 0 | 0 | 1,280.02 | | 149,708.27 | | | | | 0.00 | $1,280.02 | PriorServicer |
| 02/05/18 | 11/01/17 | Attorney Cost Assess | 0 | 0 | (200.00) | | 149,708.27 | | | | | 0.00 | $0.00 | PriorServicer |
| 12/19/17 | 11/01/17 | Regular Payment | 0 | 7 | 1,280.02 | 669.11 | 149,708.27 | 610.91 | | | | 0.00 | $0.00 | PriorServicer |
| 12/19/17 | 10/01/17 | Unapplied Payment | 0 | 0 | (1,280.02) | | 150,377.38 | | | | | 0.00 | $0.00 | PriorServicer |
| 12/19/17 | 10/01/17 | Unapplied Payment | 0 | 0 | 1,280.02 | | 150,377.38 | | | | | 0.00 | $1,280.02 | PriorServicer |
| 12/19/17 | 10/01/17 | Unapplied Payment | 0 | 0 | (1,280.02) | | 150,377.38 | | | | | 0.00 | $0.00 | PriorServicer |
| 12/18/17 | 10/01/17 | Unapplied Payment | 0 | 0 | 1,280.02 | | 150,377.38 | | | | | 0.00 | $1,280.02 | PriorServicer |
| 12/01/17 | 10/01/17 | Late Charge Payment | 0 | 0 | 576.00 | | 150,377.38 | | | | 576.00 | 0.00 | $0.00 | PriorServicer |
| 11/17/17 | 10/01/17 | Late Charge Payment | 0 | 0 | 64.00 | | 150,377.38 | | | | 64.00 | 576.00 | $0.00 | PriorServicer |
| 11/17/17 | 10/01/17 | Late Charge Assess | 0 | 0 | (64.00) | | 150,377.38 | | | | (64.00) | 640.00 | $0.00 | PriorServicer |
| | | | | | $21,301.92 | | | $17,098.68 | ($2,167.09) | | | | $242,399.21 | |

---

**Fill in this information to identify the case:**

Debtor 1: Gary Ray Peterson

Debtor 2: Patricia Ann Peterson
(Spouse, if filing)

United States Bankruptcy Court for the District of Minnesota
(State)

Case number: 17-32699-WJF

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper       **Court Claim No.** (if known): 5

**Last four digits of any number
you use to identify the debtor's
account:**       XXXXXX6137

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?'**

☒ No
☐ Yes. Date of last notice:

---

**Part 1:   Itemize Postpetition Fees, Expenses and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | 2/5/18 | (3) | $200.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify:" _____ | | (10) | $0.00 |

---

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:   Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/ Lawrence P. Zielke_____       Date:  June 12, 2018
      Signature

Print:      Lawrence P. Zielke_____       Title  Attorney for Creditor
              First Name      Middle Name      Last Name

Company    Shapiro & Zielke, LLP_____

Address    12550 West Frontage Road, Suite 200_____
              Number       Street

            Burnsville, MN 55337_____
              City                    State   ZIP Code

Contact phone   (952) 831-4060 ext._____       Email  lzielke@logs.com_____

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**                    Page 2

Case No. 17-32699 WJF

## CERTIFICATE OF SERVICE

STATE OF MINNESOTA      )
                                 ) SS

COUNTY OF DAKOTA       )

I, Amber Butler, declare under penalty of perjury, say that on June 12, 2018, I mailed via U.S. Mail and CM/ECF emailed copies of the Notice of Post-petition Mortgage Fees, Expenses, and Charges and Certificate of Service on the following interested parties at their last known address.

Served Via US Mail and Certified Mail:

Gary Ray Peterson
1935 Eastway Avenue
Shakopee, MN 55379

Patricia Ann Peterson
1935 Eastway Avenue
Shakopee, MN 55379

Additional Copy(s) served electronically through the Court's ECF System or by first class US mail postage addressed to:

Attorney for Debtors:
Curtis K Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409

Trustee:
Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN  55402

U.S. Trustee:
1015 US Courthouse
300 S. 4th Street
Minneapolis, MN  55415

_/s/ Amber Butler_____
Amber Butler

Case 17-32699   Doc   Filed 05/01/20   Entered 05/01/20 12:19:45   Desc Main
Document   Page 1 of 4

**Fill in this information to identify the case:**

Debtor 1   Gary Ray Peterson

Debtor 2   Patricia Ann Peterson

United States Bankruptcy Court for the: District of Minnesota

Case number :   17-32699

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| Name of creditor: | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | Court claim no. (if known): |

**5-1**

Last 4 digits of any number you use to identify the debtor's account:   **6170**

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice.

---

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

---

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | Motion for Relief   01/29/2020 | $850.00 |
| Filing fees and court costs | Motion for Relief   02/12/2020 | $181.00 |
| Bankruptcy/Proof of claim fees | | $0.00 |
| Appraisal/Broker's price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | | $0.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Case 17-32699    Doc    Filed 05/01/20    Entered 05/01/20 12:19:45    Desc Main
                        Document          Page 2 of 4

Debtor 1    Gary Ray Peterson    _____    Case Number: 17-32699
            First Name    Middle Name    Last Name

---

**Part 2:    Sign Below**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[  ]   I am the creditor.

[X]   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto _____    Date    05/01/2020
Signature

Print:    Christopher Giacinto _____    Title    Authorized Agent for Creditor

Company    Padgett Law Group

Address    6267 Old Water Oak Road, Suite 203

           Tallahassee FL, 32312

Contact phone    (850) 422-2520    Email    PLGinquiries@padgettlawgroup.com

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___1st___ day of May, 2020.

/S/ Christopher Giacinto

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

Case 17-32699   Doc   Filed 05/01/20   Entered 05/01/20 12:19:45   Desc Main
Document   Page 4 of 4

## SERVICE LIST (CASE NO. 17-32699)

Debtor
Gary Ray Peterson
1935 Eastway Avenue
Shakopee, MN 55379

Co-Debtor
Patricia Ann Peterson
1935 Eastway Avenue
Shakopee, MN 55379

Attorney
Curtis K Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409

Trustee
Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402

US Trustee
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415